# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAUL REIFFER,

    Plaintiff,

v.                                                 Case No. 6:20-cv-786-RBD-GJK

WORLD VIEWS LLC,

    Defendant.
_____

## ORDER

In the Complaint, Plaintiff, a photographer, alleged that Defendant, a travel company, used one of his copyrighted images without permission in its marketing. (Doc. 1.) Defendant did not answer the Complaint, and Plaintiff received an entry of default from the Clerk. (Doc. 13.)

Plaintiff then moved for default judgment, seeking $45,000.00 in damages, $4,262.00 in attorney's fees, $493.68 in costs, and injunctive relief. (Doc. 15 ("Motion").) On referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation ("R&R") recommending that the Court grant in part the Motion, with slight modifications to the figures: $45,000.00 in damages, $3,114.50 in attorney's fees, and $465.00 in costs, as well as a more limited form of injunctive relief. (Doc. 16, pp. 16–17.)

The parties did not object to the R&R, and the deadline has passed. So the

Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 16) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. The Motion (Doc. 15) is **GRANTED IN PART AND DENIED IN PART**:

    a. Judgment is **ENTERED** in favor of Plaintiff and against Defendant in the amount of $48,579.50 ($45,000.00 in damages, $3,114.50 in attorney's fees, and $465.00 in costs).

    b. Defendant and its officers, agents, servants, employees, and affiliated entities are permanently **ENJOINED** from infringing on copyright VA 2-044-621.

    c. In all other respects, the Motion is **DENIED**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 6, 2021.



ROY B. DALTON JR.
United States District Judge